IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **FREDDY HURLEY,** § | | |
| Plaintiff, § | | |
| v. § | | Civil Action No. 3:11-cv-2154-O |
| **RICK THALER, DIRECTOR TDCJ-CID,** § | | |
| Defendant. § | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case (ECF No. 14). Petitioner filed objections (ECF No. 15). The Court has conducted a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The Court finds that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are correct. Accordingly, Petitioner's objections are **OVERRULED**, and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge as the findings of the Court.

Freddy Hurley's application for writ of habeas corpus is **TRANSFERRED** to the Fifth Circuit for appropriate action.

**SO ORDERED** on this **28th day** of **December, 2011**.

_Reed O'Connor_
UNITED STATES DISTRICT JUDGE